FILED

08 MAR 26 PM 3:15

BY: ECL   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 0881 W |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) – Deported Alien Found in the United States |
| EDUARDO CASTRO, | |
| Defendant. | |

The grand jury charges:

On or about March 12, 2008, within the Southern District of California, defendant EDUARDO CASTRO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//
//
//

SFM:fer:San Diego
3/24/08

It is further alleged that defendant EDUARDO CASTRO was removed from the United States subsequent to April 21, 2003.

DATED: March 26, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By: CARLA J. BRESSLER
Assistant U.S. Attorney

2