**ANTHONY E. COLOMBO JR.**
California State Bar No. 218411
The Senator Building, 3rd Fl.
105 West "F" Street
San Diego, CA 92101
(619) 236-1704 / Fax: (619) 236-1852
E-Mail: anthonycolombolegal@yahoo.com

Attorney for Mr. Eduardo Castro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0881-W |
| | ) | |
| Plaintiff, | ) | DATE: May 12 2008 |
| | ) | TIME: 2:00 P.M. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| EDUARDO CASTRO, | ) | |
| | ) | (1) DISMISS FOR GRAND JURY |
| Defendant. | ) | VIOLATION; |
| | ) | (2) COMPEL DISCOVERY/PRESERVE |
| | ) | EVIDENCE; |
| | ) | (3) SUPPRESS STATEMENTS; AND |
| | ) | (4) GRANT LEAVE TO FILE FURTHER |
| | ) | MOTIONS |
| | ) | |
| | ) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
        STEVE MILLER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on May 12, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant, Eduardo Castro, by and through his attorney, Anthony E. Colombo Jr., will ask this Court to enter an order granting the following motions.

**MOTIONS**

Defendant, Eduardo Castro, by and through his attorney, Anthony E. Colombo Jr., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Dismiss for Grand Jury Violation;
(2) Compel Discovery/Preserve Evidence;
(3) Suppress Statements; and
(4) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: April 11, 2008

*/s/ Anthony E. Colombo Jr.*
**ANTHONY E. COLOMBO JR.**
Attorney for Mr. Castro
anthonycolombolegal@yahoo.com