**CERTIFICATE OF SERVICE**

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Anthony Edward Colombo , Jr**
anthonycolombolegal@yahoo.com,nrodoffice@yahoo.com

**Stephen Miller**
Steve.Miller2@usdoj.gov

Dated: April 11, 2008

                  *s/ Anthony E. Colombo Jr.*
                  ANTHONY E. COLOMBO JR.

                  Law Offices of Anthony E. Colombo Jr.
                  105 West F Street, Third Floor
                  San Diego, California 92101-6036
                  (619) 236-1704 (tel)
                  (619) 236-1852 (fax)
                  email: anthonycolombolegal@yahoo.com