1  KAREN P. HEWITT
   United States Attorney
2  STEVE MILLER
   Assistant U.S. Attorney
3  California State Bar No. 138020
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone:(619) 557-5432
   email: steve.miller2@usdoj.gov
6
   Attorney for Plaintiff
7  United States of America

8
                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,          )   Criminal Case No. 08cr0881-W
                                      )
11              Plaintiff,            )   Date:  May 12, 2008
                                      )   Time:  2:00 p.m.
12      v.                            )
                                      )   MOTION TO SHORTEN TIME
13 EDUARDO CASTRO,                    )
                                      )
14              Defendant.            )
                                      )
15 _____)

16      The Government requests an order shortening time to May 6, 2008, to file its response and

17 opposition to defendant's motions.

18      The grounds for this motion is because Government counsel did not receive the defendant's

19 motions because of the Government's tardy Notice of Appearance.

20      Dated: May 6, 2008

21                                          Respectfully submitted,

22                                          KAREN P. HEWITT
                                            United States Attorney
23
                                            /s/ Steve Miller
24
                                            STEVE MILLER
25                                          Assistant U.S. Attorney

26

27

28

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                      )<br>              Plaintiff,              )<br>                                                      )<br> v.                                              )<br>                                                      )<br> EDUARDO CASTRO,            )<br>                                                      )<br>              Defendant.           )<br> _____ ) | Criminal Case No.  08CR0881-W<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Steve Miller, am a Citizen of the United States over the age of eighteen years and a resident of San Diego county, California. My business address is 880 Front Street, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of the Government's Motion to Shorten Time on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies them.

1.     Anthony E. Colombo, Jr.; anthonycolombolegal@yahoo.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case.

 n/a

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 6, 2008.

                                                                    s/Steve Miller
                                                                    STEVE MILLER