

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) <br> ) <br> Plaintiff,           ) <br> v.           ) <br> ) <br> EDUARDO CASTRO,           ) <br> ) <br> Defendant.           ) <br> _____) | Case No. 08cr0881-W <br><br> ORDER |

Upon application of the Government and good cause appearing thereof,

IT IS HEREBY ORDERED that the Government's Response and Opposition to defendant's motions be filed on May 6, 2008.

DATED: May 6, 2008

_____
HONORABLE THOMAS J. WHELAN
United States District Judge