ANTHONY E. COLOMBO JR.
California State Bar No. 218411
The Senator Building 3rd Floor
105 West "F" Street
San Diego, California 92101
Telephone: (619) 236-1704

Attorney for Defendant Eduardo Castro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08cr0881-W |
| Plaintiff, | DATE: May 12, 2008<br>TIME: 2:00 p.m. |
| v. | DECLARATION OF EDUARDO CASTRO |
| EDUARDO CASTRO, | |
| Defendant. | |

I, Eduardo Castro, declare under penalty of perjury that:

1. I am the defendant in the above captioned case.

2. I was arrested on March 12, 2008.

3. Upon entry into my wife's home on March 12, 2008, I was interrogated without first having been advised of my rights. I was questioned about my immigration status and whether I had the right to be in the United States legally. Not being advised that I had any rights, I agreed to answer the agents questions.

4. I was then transported to the border. There I was advised of my rights. I was confused and asked the agents to clarify what the interview was about and what rights I had.

5. After having been questioned about my alleged "illegal entry" previously at the house, I felt compelled to again answer the agents questions about this topic.

I swear that, to the best of my knowledge and memory, the foregoing is true and correct.

Dated: 5/8/08

EDUARDO CASTRO