**CERTIFICATE OF SERVICE**

       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Anthony Edward Colombo , Jr**
anthonycolombolegal@yahoo.com,nrodoffice@yahoo.com

**Stephen Frederick Miller**
Steve.Miller2@usdoj.gov,efile.dkt.gc1@usdoj.gov,Maria.Richardson@usdoj.gov


Dated: May 8, 2008                                            *s/ Anthony E. Colombo Jr.*
                                                                           ANTHONY E. COLOMBO JR.

                                                                           Law Offices of Anthony E. Colombo Jr.
                                                                           105 West F Street, Third Floor
                                                                           San Diego, California 92101-6036
                                                                           (619) 236-1704 (tel)
                                                                           (619) 236-1852 (fax)
                                                                           email: anthonycolombolegal@yahoo.com