MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA VS Eduardo Castro

X Plaintiff ___ Defendant ___ Court

Type of Hearing: Motion Hearing

Case Number: 08CR0881-W

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | 7/28/08 | 7/28/08 | Video disc of interview with defendant |

1
K:\COMMON\CRT_CLRK\WHELAN\00_exhibit list FORM.wpd