# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Anthony Edward Colombo , Jr**
   anthonycolombolegal@yahoo.com,nrodoffice@yahoo.com

**Stephen Frederick Miller**
   Steve.Miller2@usdoj.gov,efile.dkt.gc1@usdoj.gov,Maria.Richardson@usdoj.gov

Dated: August 28, 2008            *s/ Anthony E. Colombo Jr.*
                                  ANTHONY E. COLOMBO JR.

                                  Law Offices of Anthony E. Colombo Jr.
                                  105 West F Street, Third Floor
                                  San Diego, California 92101-6036
                                  (619) 236-1704 (tel)
                                  (619) 236-1852 (fax)
                                  email: anthonycolombolegal@yahoo.com