1  **ANTHONY E. COLOMBO JR.**
   California Bar No. 218411
2  The Senator Building
   105 West "F" Street Suite 310
3  San Diego, California  92101
   Telephone:  (619) 236-1704
4  Email: anthonycolombolegal@yahoo.com

5  Attorney for Mr. Castro

6

7                   UNITED STATES DISTRICT COURT

8                  SOUTHERN DISTRICT OF CALIFORNIA

9                  **(HONORABLE THOMAS J. WHELAN)**

10 | UNITED STATES OF AMERICA, | ) | CASE NO.: 08CR0881-W |
   |                            | ) | DATE: September 17, 2008 |
11 |             Plaintiff,     | ) | TIME: 9:00 a.m. |
   |                            | ) | |
12 |                            | ) | NOTICE OF MOTIONS AND MOTIONS IN LIMINE TO: |
   | v.                         | ) | 1) PRECLUDE THE USE OF DEPORTATION DOCUMENTS AT TRIAL TO PROVE ALIENAGE; |
13 | **EDUARDO CASTRO**         | ) | 2) PRECLUDE THE CERTIFICATE OF NONEXISTENCE OF RECORD; |
14 |             Defendant.     | ) | 3) PRECLUDE ANY EVIDENCE UNDER FEDERAL RULES OF EVIDENCE 404(B) AND 609; |
   |                            | ) | 4) PRECLUDE EXPERT TESTIMONY; |
   |                            | ) | 5) PRECLUDE ADMISSION OF DOCUMENTS NOT PRODUCED IN DISCOVERY; |
   |                            | ) | 6) EXCLUDE THE DEPORTATION HEARING AUDIOTAPE OR TRANSCRIPT; |
   |                            | ) | 7) PRECLUDE THE A-FILE CUSTODIAN FROM TESTIFYING ABOUT IMMIGRATION PROCEEDINGS; |
   |                            | ) | 8) EXCLUDE THE A-FILE CUSTODIAN; |
   |                            | ) | 9) PROHIBIT THE WITNESSES FROM REFERRING TO MR. CASTRO AS "THE ALIEN"; |
   |                            | ) | 10) PRODUCE GRAND JURY TRANSCRIPTS; |
   |                            | ) | 11) LEAVE TO FILE ADDITIONAL MOTIONS |

28  **TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
        STEVE MILLER, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on September 17, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, defendant, Eduardo Castro, by and through his attorney, Anthony E. Colombo Jr., will ask this Court to enter an order granting the following motions in limine.

## MOTIONS

Defendant, Eduardo Castro, by and through his attorney, Anthony E. Colombo Jr., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, and all other applicable statutes, case law, and local rules for an order to:

1. Preclude;

2. Preclude;

3. Preclude Any Evidence

4. Preclude Expert Testimony;

5. Preclude Admission of Documents Not Produced in Discovery;

6. Exclude;

7. Preclude the A-file Custodian from Testifying about Immigration Proceedings;

8. Exclude the A-file Custodian;

9. Prohibit;

10. Produce Grand Jury Transcripts;

11. Leave to File Additional Motions

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: August 28, 2008    *s/ Anthony E. Colombo Jr.*
ANTHONY E. COLOMBO JR.
Attorney for Mr. Castro

08CR0881-W

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Steve Miller**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Steve.Miller@usdoj.gov

Dated: August 28, 2008    /s/ Anthony E. Colombo Jr.
ANTHONY E. COLOMBO JR.
105 West "F" Street
San Diego, CA 92101
(619) 236-1704  (tel)
(619) 236-1852  (fax)
e-mail: anthonycolombolegal@yahoo.com